## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**EVAN COOTE**                                                          **PLAINTIFF**

**v.**                                               **CAUSE NO. 1:11CV53 LG-RHW**

**CLAY NECAISE, ET AL.**                                        **DEFENDANTS**

### AGREED JUDGMENT OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this

case, and the Court being advised that all parties have an informed understanding

of their rights and a full appreciation of the consequences of the settlement, and the

Court being desirous that this matter be finally closed on its docket;

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is

hereby dismissed with prejudice as to all parties.

**SO ORDERED AND ADJUDGED** this the 5th day of November 2012.


s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief U.S. District Judge